UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE SCOTT JOSEPH STRUCINSKI,

    Debtor.

_____/

CASE NO. 09-72282-SWR
CHAPTER 7
(Converted from Chapter 13)
HON. Steven W. Rhodes

**OBJECTION TO DEBTOR'S MOTION FOR REDEMPTION ON BEHALF OF
CONSUMER PORTFOLIO SERVICES, INC.**

**NOW COMES** Consumer Portfolio Services, Inc., by and through its attorneys, the Law Offices of Richard A. Green, and for its Objections to Debtor's Motion for Redemption states as follows:

1.     Admitted.

2.     Admitted.

3.     Lacking sufficient knowledge or information on which to form a belief, Consumer Portfolio Services, Inc. neither admits nor denies the allegations in paragraph 3 of Debtor's Motion and leaves Debtor to his proofs.

4.     Admitted.

5.     Lacking sufficient knowledge or information on which to form a belief, Consumer Portfolio Services, Inc. neither admits nor denies the allegations in paragraph 5 of Debtor's Motion and leaves Debtor to his proofs.

6.     Denied. In further response, Consumer Portfolio Services, Inc. asserts that the market value of the 2002 Saturn SL, VIN 1G8ZK52742Z179094 is approximately $4,325.00 and the valuation of said vehicle proposed in Debtor's Motion is insufficient [see Exhibit 1].

**WHEREFORE**, Consumer Portfolio Services, Inc. requests that the Court require a value for the 2002 Saturn SL of $4,325.00 for redemption under 11 U.S.C. §722 or grant relief from the automatic stay.

DATED: November 20, 2009                                  RESPECTFULLY SUBMITTED,

                                                                          /s/ Richard A. Green
                                                                          RICHARD A. GREEN (P-36746)
                                                                          Attorney for Consumer Portfolio Services, Inc.
                                                                          30150 N. Telegraph, Suite 444
                                                                          Bingham Farms, MI 48025
                                                                          (248) 540-7665
                                                                          rgreenbankruptcyeast@yahoo.com