## NADA Official Used Car Guide
### Tuesday, November 17, 2009

### Vehicle Summary NADA Values

| | | | |
|---|---|---|---|
| **Region:** | Central - November 2009 | **Reference #:** | |
| **Vehicle Description:** | 2002 SATURN S Series-4 Cyl. Sedan 4D SL2 | **VIN:** | 1G8ZK52742Z179094 |
| **MSRP:** | $13,200 | **Weight:** | 2,431 |
| **Mileage:** | 114,000 | | |

| | Rough Trade-In | Average Trade-In | Clean Trade-In | Clean Loan | Clean Retail |
|---|---|---|---|---|---|
| **Base Value** | $1,525 | $2,200 | $2,750 | $2,475 | $4,475 |
| **Optional Equipment** | | | | | |
| **Option Total** | $0 | $0 | $0 | $0 | $0 |
| **Mileage Adjustment** | -$150 | -$150 | -$150 | -$150 | -$150 |
| **Total NADA Official Used Car Guide Values** | $1,375 | $2,050 | $2,600 | $2,325 | $4,325 |

NADA assumes no responsibility or liability for any errors or omissions
or any revisions or additions made by anyone on this report.
All NADA values are reprinted with permission of
NADA Used Car Guide, NADASC.